UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:02-cr-5035 REC |
| | ) | |
| v. | ) | NEW CASE NUMBER: |
| | ) | |
| DOUGLAS BAKER, | ) | 1:02-cr-5035 OWW |
| | ) | |
| Defendant | ) | ORDER REASSIGNING CASE |
| _____ | ) | |

A petition for violation having been filed by the probation officer as to the above-named defendant;

IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

Dated: 6/14/05                    /s/ OLIVER W. WANGER
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

1